**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Stacy Julian Sharp,

    Plaintiff,

        v.                                       Case No. 1:08cv045

Middletown Police Department, *et al.*,         Judge Michael R. Barrett

    Defendants.

## **ORDER**

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on May 29, 2008 (Doc. 21).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court find the Magistrate Judge's Report and Recommendation to be correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's complaint is dismissed with prejudice for lack of prosecution.

An appeal of this matter would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

**IT IS SO ORDERED.**

    *S/Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court